# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 25-30404
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**
May 18, 2026

Lyle W. Cayce
Clerk

Kentdrick D. Ratliff,

*Plaintiff—Appellant*,

*versus*

Hammond City; Louisiana State,

*Defendants—Appellees*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CV-2757

―――――――――――――――――――――

Before Davis, Jones, and Ho, *Circuit Judges*.

Per Curiam:[*]

Kentdrick D. Ratliff appeals the district court's dismissal of his pro se complaint against Hammond City and the State of Louisiana that alleged multiple state and federal law claims, including excessive force, kidnapping, and false arrest.

―――――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30404

The district court did not err in dismissing Ratliff's complaint as to the State of Louisiana for lack of subject matter jurisdiction. *See* La. Stat. § 13:5106; *Frazier v. Pioneer Americas LLC*, 455 F.3d 542, 547 (5th Cir. 2006); *Williams on Behalf of J.E. v. Reeves*, 954 F.3d 729, 736 (5th Cir. 2020); Fed. R. Civ. P. 12(b)(1). Similarly, the district court did not err in dismissing Ratliff's complaint as to Hammond City as prescribed. *See Wallace v. Kato*, 549 U.S. 384, 387-88 (2007); Fed. R. Civ. P. 12(b)(6); La. Civ. Code art. 3492 (2023).

Furthermore, the district court did not abuse its discretion in failing to order the parties to answer Ratliff's interrogatories. *See Sw. Bell Tell., LP v. City of Houston*, 529 F.3d 257, 263 (5th Cir. 2008); *Freeman v. United States*, 556 F.3d 326, 342 (5th Cir. 2009). Ratliff does not otherwise sufficiently brief a challenge to the other claims he raised in the district court and on appeal. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). Accordingly, he has abandoned the claims on appeal. *See Brinkmann v. Dallas Cnty. Sherrif Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

AFFIRMED.